IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

   vs.                      Case No.: 3:00CR055-02(PG)

**VICTOR MANUEL SANTIAGO-BONILLA**

* * * * * * * * * * * * * * * * * * * * * * *

MOTION NOTIFYING SUPERVISED RELEASE VIOLATIONS AND
REQUESTING AN ARREST WARRANT

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT COURT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, MALISSA Y. APONTE, U.S. PROBATION OFFICER of this Court,** notifying the Court of supervised release violations and requesting a warrant be issued for the arrest of Victor Manuel Santiago-Bonilla.

On April 20, 2001, Victor Manuel Santiago-Bonilla appeared before the Honorable Court for sentencing having previously plead guilty to Conspiracy to Distribute Narcotics in violation of 21 U.S.C. § 846.

On said date, Victor Manuel Santiago-Bonilla was sentenced to sixty (60) months of imprisonment to be followed by a six year term of supervised release wit the following special conditions: urinalysis and drug treatment if deemed necessary, provide the U.S. Probation Office with financial information upon request and produce evidence fo filing income tax returns.

On July 30, 2004, Victor Manuel Santiago-Bonilla was released from the custody of the Bureau of Prison, at which time his six year term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

***SPECIAL CONDITION: "The defendant shall participate in a substance abuse treatment program arranged and approved by the U.S. Probation Office until duly discharged by authorized program personnel with the approval of the probation officer, and submit to urinalysis whenever required to do so by the treatment program or the probation officer".***

The defendant was referred for continued substance abuse treatment with Dr. Cangiano after his release from a fifteen day inpatient program at Hogar Santisima in January, 2006. The defendant has failed to follow through with said treatment with Dr. Cangiano which included random urine screens on site. As a result and in addition to, the defendant has failed to provide any urine screens since said date.

***CONDITION #7: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician".***

On November 23rd and on December 15th, 2005, the defendant submitted a urine screen which resulted positive for cocaine and heroin. Same was verified by the Scientific Test Laboratory. The defendant ultimately admitted to his illicit drug use. Furthermore, on December 22, 2005, he did not submit to a urine screen opting instead to immediately admit to his heroin use.

***CONDITION #2: "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month".***

The defendant failed to report to the office as instructed on October 16, 2005. He also

failed to report on December 7, 2005 and on December 16, 2005, he failed to report via telephone as instructed by Officer in Charge, Norma Rivera.  The defendant failed to report to probation on December 21, 2005, in order for him to enter Hogar Santisima for inpatient treatment.  On January 30th and February 23rd, 2006, the defendant failed to report to the office as instructed.  He has also failed to report telephonically after this officer left various messages with family member to do so.  Furthermore, the defendant has failed to submit his monthly supervision reports since December 2005.

**WHEREFORE,** I declare under the penalty of perjury that the foregoing is true and correct.  In view of the aforementioned violations it is respectfully requested that the Court issue a warrant for the arrest of  Mr. Victor Manuel Santiago-Bonilla  and order the United States Marshal Service to produce Mr. Santiago-Bonilla  for revocation procedures.

In San Juan, Puerto Rico, this 3rd day of April, 2006.

                Respectfully submitted,

                EUSTAQUIO BABILONIA, CHIEF
                U.S. PROBATION OFFICER

                S/Malissa Y. Aponte
                U.S. Probation Officer
                150 Carlos Chardón Avenue
                Federal Office Building, Room 400
                San Juan, PR 00918
                (787) 771-3629
                (787) 766-5945 (Fax)
                Malissa_Aponte@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Carmen Torres, Assistant U.S. Attorney, and Epifanio Morales, Esquire.

At San Juan, Puerto Rico this 3rd day of April, 2006.

S/Malissa Y. Aponte
 U.S. Probation Officer
 150 Carlos Chardón Avenue
 Federal Office Building, Room 400
 San Juan, PR 00918
 (787) 294-1648
 (787) 766-5945 (Fax)
 Malissa_Aponte@prp.uscourts.gov