UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                         Time: 2 minutes

HONORABLE JUSTO ARENAS, U. S. CHIEF MAGISTRATE JUDGE

COURTROOM DEPUTY: JYOTI MEHTA-LOPEZ        DATE: 05/25/06

COURT REPORTER: N/A                                            CASE NO: 00-0055 (PG)

================================================================

UNITED STATES OF AMERICA

Plaintiff

vs.

2- VICTOR SANTIAGO-BONILLA

Defendant
================================================================

**INITIAL APPEARANCE ON ARREST WARRANT.**

Defendant was brought before Chief Magistrate Judge Justo Arenas by the U.S. Marshals upon an arrest warrant issued on May 9, 2006 by order of Senior Judge Pérez-Giménez for violation of his supervised release conditions.

Defendant was advised that a Preliminary on Revocation Hearing is set for **May 26, 2006 at 10:00 A.M.** before Chief Magistrate Judge Justo Arenas.

Defendant is ordered committed pending hearing. The Federal Public Defender will represent defendant.

                                                        s/ Jyoti Mehta-López
                                                        Deputy Clerk