IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>2- Victor Santiago-Bonilla<br><br>Defendant | CASE NO.   cr. 00-0055 (PG) |

**ORDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

(1) is financially unable to employ counsel,

(2) does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____

At San Juan, Puerto Rico, on   May 25, 2006

FRANCES RIOS DE MORAN
Clerk of the Court

By: s/ Jyoti Mehta-López
Deputy Clerk