**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
      Plaintiff,

           vs.                                CRIMINAL NO.  00-055 (PG)

VICTOR SANTIAGO-BONILLA
      Defendant.

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    1.      Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Mr. Víctor Santiago-Bonilla.

    2.      Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the  AFPD assigned to the case and to the Federal Public Defender, Mr. Joseph C. Laws, Jr.

    I HEREBY CERTIFY that on this date  I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

    RESPECTFULLY SUBMITTED

    In San Juan, Puerto Rico, this 26th day of May,  2006.

                        **JOSEPH C. LAWS, JR.
                        Federal Public Defender
                        District of Puerto Rico**

                        S/ Max Pérez- Bouret

                        **MAX PEREZ-BOURET
                        USDC-PR 222612
                        A.F.P.D. for Defendant
                        241 Franklin D. Roosevelt Avenue
                        Hato Rey, PR  00918-2441
                        Tel. (787) 281-4922 / Fax (787) 281-4899
                        E-mail :** max_perez@fd.org