# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS:**                              Time: 2 minutes

**HONORABLE CHIEF MAG. JUDGE JUSTO ARENAS**      **DATE:** May 26, 2006

**COURTROOM DEPUTY:** JYOTI MEHTA-LOPEZ        **CR. NO. 00-0055 (PG)**

**COURT REPORTER: FTR**                          Probation Officer: **BRENDA LEE NIEVES**

**INT: TOMMY KAVELIN**

================================================================

                                        Attorneys:

UNITED STATES OF AMERICA              AUSA TIMOTHY HENWOOD

vs.

2- VICTOR SANTIAGO-BONILLA             AFPD JUAN MATOS-DE-JUAN

================================================================

**CASE CALLED FOR PRELIMINARY HEARING ON SUPERVISED RELEASE.**

Defendant accepted the allegations contained in Condition #7 of the Probation Officer motion, but did not admit to the other allegations.

The Court found probable cause that defendant violated his supervised release and referred the case to Senior Judge Pérez-Giménez for final revocation hearing and resentencing.

Defendant shall remain detained.

                                        s/ Jyoti Mehta-López
                                        Courtroom Deputy Clerk