IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.   CASE NO. 3:00CR00055-02(PG)

VICTOR MANUEL SANTIAGO-BONILLA

MOTION NOTIFYING VIOLATIONS
OF THE SUPERVISED RELEASE TERM AND
REQUESTING THE ISSUANCE OF A WARRANT

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

COMES NOW, Yarixa Vázquez Marcano, U.S. Probation Officer of this Court, presenting an official report on the conduct and attitude of releasee, who on June 6, 2006, was sentenced to six (6) months of imprisonment to be followed by a four (4) years supervised release term after his original supervision term imposed on April 20, 2001, was revoked. As special conditions of the supervision term, he was ordered to participate in a substance abuse treatment program, provide access to any financial information, and submit his person, residence, office or vehicle to a search. On November 21, 2006, the offender was released from custody at which time his supervised release term commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has violated the following supervision conditions since his release:

**1. VIOLATION OF SUPERVISED RELEASE CONDITION NUMBER TWO (2)- "The defendant should report to the probation officer and shall submit a truthful and complete supervision report within the first five days of each month."**

Since February 2007, Mr. Santiago-Bonilla hasn't submit the monthly supervision report (MSR) as he is instructed to do so by the supervision conditions.

**2. VIOLATION OF SUPERVISED RELEASE CONDITION NUMBER THREE (3)- "The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer."**

On December 19, 2006, February 27, and April 10, 2007, Mr. Santiago-Bonilla failed to report as instructed to provide a urine sample for drug testing. In addition, the offender failed to report to the office on February 2, March 22, April 3, and April 10, 2007.

**3. VIOLATION OF SPECIAL CONDITION CONDITION - "The defendant shall participate in a drug treatment program (out-patient or in-patient) arrange by the U.S. Probation Office until duly discharged by authorized program personnel with the approval of the probation officer. The defendant is require to contribute to the cost of the services rendered (co-payment) based on the ability to pay or availability of third party payments, as approved by the court."**

On March 26, 2007, a home contact was conducted by this officer. During the contact, Mr. Santiago-Bonilla was advised of his prior violations. He was instructed to report to the

office on April 3, 2007, to conduct a treatment referral. Once again, the offender failed to report as instructed.

**WHEREFORE**, I declare under penalty of perjury, that the above-mentioned is true and correct. In view that the offender has violated his conditions of release, it is respectfully requested that a warrant of arrest be issued so that he may be brought before this Honorable Court to show cause why his supervision term should not be revoked. Thereupon, he to be dealt with pursuant to law. The tolling of the supervision term is also recommended.

In San Juan, Puerto Rico, this 11 day of May 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Yarixa Vázquez-Marcano
Yarixa Vázquez-Marcano
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5920
Fax 787-771-4063
Email:yarixa_vazquez@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 11, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Scott Anderson, Assistant U.S. Attorney and Max Pérez, Assistant Federal Public Defender.

In San Juan, Puerto Rico, this 11 day of May 2007.

        s/Yarixa Vázquez-Marcano
        Yarixa Vázquez-Marcano
        U.S. Probation Officer
        Federal Office Bldg. Room 400
        150 Chardon Avenue
        San Juan, P.R. 00918-1741
        Tel. 787-766-5920
        Fax 787-771-4063
        Email:yarixa_vazquez@prp.uscourts.gov