IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


UNITED STATES OF AMERICA

    v.                                  CR. NO. 00-00055-02 (PG)

VICTOR M. SANTIAGO-BONILLA


ORDER

Upon petition of Yarixa Vázquez-Marcano, U.S. Probation Officer of this Court, alleging that offender, Victor M. Santiago-Bonilla, has failed to comply with the conditions of his supervision term, it is

ORDERED that the offender appear before this Court on _____ 2007 at _____, for a hearing to show cause, if there be any, why his supervision term in the above-entitled case should not be revoked. Thereupon, the offender  to be dealt with pursuant to law.

At this hearing, the offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The court orders the tolling of the supervision term and the Clerk shall issue the corresponding warrant for the arrest of Victor M. Santiago-Bonilla.  The counsel for the offender  and for the government shall be notified with a copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this      day of May 2007.


_____
Juan M. Pérez-Jiménez
Senior U.S. District Judge

/YVM