AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF  PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NUMBER: 00-055(PG) |
| **EVELYN AVILES-VIROLA, ET AL** | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| July 12, 2007 | /s/Maritza Maldonado |
| *Date* | *Signature* |
| | *Maritza Maldonado* |
| | *Print Name* |
| | *350 Torre Chardon, Suite 1201* |
| | *Address* |
| | *Hato Rey, Puerto Rico 00918* |
| | *City* |
| | *(787) 766-5656* |
| | Phone Number |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY, that on July 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

 At San Juan, Puerto Rico, July 12, 2007.


                S/Martiza Maldonado
                Maritza Maldonado
                Special Assistant U.S. Attorney