IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


**THE UNITED STATES OF AMERICA**

    vs.                                      CASE NO. 3: 00CR00055-02 (PG)

**VICTOR MANUEL SANTIAGO-BONILLA**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

    Upon a petition of LUIS O. ENCARNACION, U.S. Probation Officer of this Court, alleging that releasee, Víctor Manuel Santiago-Bonilla, has failed to comply with the conditions of his supervised release.

    It is ORDERED that releasee appear before this Court on _____ 2008, at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon he to be dealt with pursuant to law.

    At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

    The Clerk shall issue the corresponding warrant for the arrest of the releasee, Víctor Manuel Santiago-Bonilla, and notify counsel for releasee and for the government with copy of this Order.

    IT IS SO ORDERED

    In San Juan, Puerto Rico, this     day of April 2008.

                                                          **JUAN M. PEREZ-GIMENEZ, SENIOR**
                                                                    **U.S. DISTRICT JUDGE**