AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,   **APPEARANCE**

v.   CRIMINAL NUMBER: 00-55(PG)

VICTOR SANTIAGO-BONILLA

To the Clerk of this court and all parties of record:

Enter my appearance as COUNSEL in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Special Assistant U.S. Attorney Maritza Maldonado be terminated.

April 18, 2008
*Date*

s/ Carmen M. Marquez
*Signature*

Carmen M. Marquez - U.S.D.C. Bar No. 211302
*Print Name*

350 Torre Chardón, Suite 1201
*Address*

San Juan, Puerto Rico 00918
*City*

(787) 766-5656
*Phone Number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date April 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ Carmen M. Marquez*
Carmen M. Marquez
Assistant U.S. Attorney - U.S.D.C. 211302
Torre Chardón, Room 1201
350 Carlos Chardón Street
San Juan, Puerto Rico  00918
Telephone No. (787) 766-5656