◯AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ FOR THE JUDICIAL _____ District of _____ PUERTO RICO _____

UNITED STATES OF AMERICA

V.

VICTOR MANUEL SANTIAGO-BONILLA
Bo. Barinas, Bosquesito Sector
Road 335 Km 4 Hm 4
Yauco, P.R.
Tel. 787-267-8009

**WARRANT FOR ARREST**

Case Number: 00-CR-55-002 (PG)

*RECEIVED AND FILED
2008 JUL 21 PM 1:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __VICTOR MANUEL SANTIAGO-BONILLA__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   X Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

ONCE ARRESTED DEFENDANT SHALL BE BROUGHT BEFORE MAGISTRATE JUDGE ON DUTY.

**THE REVOCATION OF PROBATION HEARING IS SCHEDULED FOR JUNE 6, 2008 AT 9:30 A.M. BEFORE JUDGE PEREZ-GIMENEZ**

in violation of Title _____ United States Code, Section(s) _____

__JUAN M. PEREZ-GIMENEZ__
Name of Issuing Officer

__UNITED STATES SENIOR DISTRICT JUDGE__
Title of Issuing Officer

s/Minerva Figueroa
Signature of Issuing Officer  By Minerva Figueroa, Deputy Clerk

__MAY 1, 2008, AT HATO REY, PUERTO RICO__
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at **Yauco, PR**

| DATE RECEIVED 05-07-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 05/15/08 | USMS-TFO | by: Rafael Jacobson |